# Exhibit B



SCANNED   FILE COPY   Served: 3/7/19

Kemnitzer, Barron & Krieg, LLP
Attn: Kemnitzer, Bryan
354 Pine Street
5th Floor
San Francisco, CA   94104

Snell & Wilmer LLP
Attn: Gehret, Michael A.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT   84101

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| Pulipati | No. RG18891702 |
|---|---|
| Plaintiff/Petitioner(s) | Order |
| VS. | Motion to Compel Answers to Interrogatories Granted |
| Vivint Solar, Inc. | |
| Defendant/Respondent(s) (Abbreviated Title) | |

The Motion to Compel Answers to Interrogatories and the Motion to Compel Production of Documents filed for Vasudev Pulipati was set for hearing on 02/21/2019 at 03:00 PM in Department 20 before the Honorable Paul D. Herbert. The Tentative Ruling was published and was contested.

The matter was argued and submitted, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

Plaintiff's Motion to Compel Responses to Specially Prepared Interrogatories and Requests for Production of Documents Propounded to Defendants Vivint Solar, Inc. and Vivint Solar Developer, LLC are GRANTED in part and DENIED in part, as follows:

In regards to Plaintiff's First Set of Special Interrogatories, number 17, Plaintiff's motion is GRANTED. Plaintiff's request is reasonably tailored to lead to potentially admissible evidence, particularly in regards to "pattern and practice" evidence which may assist in establishing Plaintiff's allegations involving punitive damages. Plaintiff's request is not overly broad or vague and ambiguous, and Defendants Vivint Solar, Inc. and Vivint Solar Developer, LLC (collectively, "Defendants") have not established to the Court's satisfaction that complying with the request would be overly burdensome in light of the potentially admissible evidence which could be produced. In accordance with the narrowed scope of the requests set forth in Plaintiff's Reply Brief, Defendants are ordered to produce the Complaint Spreadsheets, with only the "NOTES/COMMENTS" column redacted for the years 2015 through 2019, inclusive. Defendants shall serve verified responses to Plaintiff's First Set of Special Interrogatories, number 17, no later than March 25, 2019.

In regards to Plaintiff's Request for Production No. 31 Plaintiff's motion is GRANTED. Plaintiff's request is reasonably tailored to lead to potentially admissible evidence, particularly in regards to "pattern and practice" evidence which may assist in establishing Plaintiff's allegations involving punitive damages. Plaintiff's request is not overly broad or vague and ambiguous, and Defendants have not established to the Court's satisfaction that complying with the request would be overly burdensome in light of the potentially admissible evidence which could be produced. In accordance with the narrowed scope of the requests set forth in Plaintiff's Reply Brief, Defendants are ordered to produce all Prospective Customer Consent Forms for the period on February 2016 for the ZIP CODE 94552.

In regards to Plaintiff's Request for Production No. 32, 33, 34 and 35, Plaintiff's motion is GRANTED. Each of these request is reasonably tailored to lead to potentially admissible evidence, particularly in regards to "pattern and practice" evidence which may assist in establishing Plaintiff's allegations

involving punitive damages. Plaintiff's request is not overly broad or vague and ambiguous, and Defendants have not established to the Court's satisfaction that complying with the request would be overly burdensome in light of the potentially admissible evidence which could be produced. In accordance with the narrowed scope of the requests set forth in Plaintiff's Reply Brief, Defendants are ordered to produce the Spreadsheets prepared by Defendants listing said complaints with the "NOTES/COMMENTS" column redacted. (See, e.g., Tedrow v. Boeing Employees Credit Union (W.D. Wash. 2016) 315 F.R.D. 358, 361; Holmes v. Telecheck Int'l, Inc. (M.D. Tenn. 2008) 556 F.Supp.2d 819, 846-847.)

Defendants shall serve verified responses to Plaintiff's Requests for Production of Documents, numbers 31 through 35, inclusive not later than April 2, 2019. Defendants shall produce all documents responsive to these requests no later than April 9, 2019.

Notwithstanding the above, in serving their responses, Defendants may withhold any documents or information subject to the attorney/client privilege or attorney work product doctrine. However, any documents or information so withheld must be listed in a privilege log to be produced with the verified responses provided to Plaintiff. In addition, the parties are reminded that a Protective Order Re: Confidential Information remains in effect in this action.

Dated: 03/06/2019

_Paul D. Herbert_ (digital)
Judge Paul D. Herbert

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse

Case Number: RG18891702
Order After Hearing Re: of 03/06/2019

## DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the foregoing document was mailed first class, postage prepaid, in a sealed envelope, addressed as shown on the foregoing document or on the attached, and that the mailing of the foregoing and execution of this certificate occurred at
1225 Fallon Street, Oakland, California.

Executed on 03/07/2019.

Chad Finke  Executive Officer / Clerk of the Superior Court

By *[signature]*

Deputy Clerk