## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| ELIZABETH CARDONA and<br>JERARD BROWN,<br>        Plaintiffs,<br><br>     v.<br><br>VIVINT SOLAR, INC.,<br>VIVINT SOLAR DEVELOPER, LLC, and<br>SOLAR MOSAIC, INC.,<br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     CASE NO.:    18-cv-02838-SCB-JSS |

### JOINT NOTICE OF MEDIATOR SELECTION

Plaintiffs, Elizabeth Cardona and Jerard Brown and Defendants, Vivint Solar, Inc., Vivint Solar Developer, LLC and Solar Mosaic, Inc. (collectively the "Parties"), through the undersigned counsel and pursuant to this Court's Endorsed Order (ECF 27), hereby certify that the Parties have agreed to retain **JAMES R BETTS**, of Betts Mediation to mediate this matter on September 10, 2019 located at the offices of Greenspoon Marder, LLP, Sun Trust Financial Centre, 401 E. Jackson Street, Suite 1825, Tampa, Florida 33602.

| | |
|---|---|
| *Andrew M. MIlz* | *Jenny N. Perkins* |
| ANDREW M. MILZ<br>FLITTER MILZ, P.C.<br>450 N. Narberth Avenue, #101,<br>Narberth, Pennsylvania 19072<br>Telephone: (610) 668-0018<br>Fax: (610) 667-0552<br>Primary Email: amilz@consumerslaw.com<br>Secondary Email: olorenzano@consumerslaw.com<br><br>*Attorney for Plaintiffs (admitted pro hac vice)*<br><br>CRAIG E. ROTHBURD-FBN: 0049182<br>320 W. Kennedy Blvd., #700<br>Tampa, Florida 33606 | Jenny N. Perkins, Esquire<br>Florida Bar No. 77570<br>perkinsj@ballardspahr.com<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Phone: (215) 864-8378<br>Fax: (215) 864-8999<br><br>Brian R. Cummings, Esquire<br>Greenspoon Marder LLP<br>Florida Bar No. 25854<br>SunTrust Financial Centre<br>401 E. Jackson St., Suite 1825 |

| | |
|---|---|
| Telephone: (813) 251-8800<br>Fax: (813) 251-5042<br>Primary Email: craig@rothburdpa.com<br>Secondary Email: maria@rothburdpa.com<br><br>*Attorneys for the Plaintiffs* | Tampa, FL 33602<br>Phone: (813) 769-7020<br>Fax: (813) 426-8580<br>Brian.Cummings@gmlaw.com<br><br>*Attorneys for Defendants*<br>*Vivint Solar, Inc., Vivint Solar Developer,*<br>*LLC, and, Solar Mosaic, Inc.* |

Date: July 30, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on the parties via email.


Date:  7/30/19

*Andrew M. Milz*
ANDREW M. MILZ