**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **ELIZABETH CARDONA and JARED BROWN**  **Plaintiffs,**  v.  **VIVINT SOLAR, INC., VIVINT SOLAR DEVELOPER, LLC, and SOLAR MOSAIC, INC.,**  **Defendants.** | Case No. 8:18-cv-2838-SCB-JSS |

**DECLARATION OF ALICE M. GRABE IN SUPPORT OF**
**DEFENDANT SOLAR MOSAIC, INC.'S MOTION FOR SUMMARY JUDGMENT**

I, Alice M. Grabe, declare as follows:

1. I am over the age of 18, and I am competent to make this Declaration, which is submitted in support of the Motion for Summary Judgment and Incorporated Memorandum of Law (the "Motion") filed in this action by defendant Solar Mosaic, Inc. ("Mosaic").

2. I am counsel for defendant in this case. I have personal knowledge of the facts and exhibits set forth herein and, if called upon to do so, could and would competently testify thereto.

3. Pursuant to the Court's Order [ECF 48] endorsing Defendant's Motion to Appear *Pro Hac Vice*, and the Notice of Compliance with respect to that Order [ECF 50], I am permitted to appear *pro hac vice* in this case.

4. Attached hereto as Exhibit A is a true and correct copy of a document entitled "FAQs on Mosaic from Homeowners," which is excerpted from Exhibit 2 to the Deposition Transcript of Jared Smith and is authenticated therein.

5. Attached hereto as Exhibit B is a true and correct copy of selected excerpts from the Deposition Transcript of Evan Pack.

1

6.  Attached hereto as Exhibit C is a true and correct copy of selected excerpts from the Deposition Transcript of Jared Smith.

7.  Attached hereto as Exhibit D is a true and correct copy of a document entitled "Mosaic Credit Q&A," which is excerpted from Exhibit 2 to the Deposition Transcript of Jared Smith and is authenticated therein.

8.  Attached hereto as Exhibit E is a true and correct copy of a document containing raw data from Mosaic's database, which is attached as Exhibit 3 to the Deposition Transcript of Jared Smith and is authenticated therein.

9.  Attached hereto as Exhibit F is a true and correct copy of an email from Mosaic to Elizabeth Cardona, dated January 23, 2017, which is attached as Exhibit 11 to the Nancy Brignole Deposition Transcript and is authenticated therein.

10. Attached hereto as Exhibit G is a true and correct copy of an email from Mosaic to Jerard Brown dated September 26, 2017, which is excerpted from Exhibit 2 to the Deposition Transcript of Jared Smith and is authenticated therein.

11. Attached hereto as Exhibit H is a true and correct copy of a letter from Mosaic to Experian dated October 30, 2018, and pertains to Elizabeth Cardona, which is excerpted from Exhibit 2 to the Deposition Transcript of Jared Smith and is authenticated therein.

12. Attached hereto as Exhibit I is a true and correct copy of a letter from Mosaic to Trans Union dated October 30, 2018, and pertains to Elizabeth Cardona, which is excerpted from Exhibit 2 to the Deposition Transcript of Jared Smith and is authenticated therein.

13. Attached hereto as Exhibit J is a true and correct copy of a letter from Mosaic to Experian dated February 23, 2018, and pertains to Jerard Brown, which is excerpted from Exhibit 2 to the Deposition Transcript of Jared Smith and is authenticated therein.

40632360 255059.000008

14. Attached hereto as Exhibit K is a true and correct copy of a document titled "Inquiry Suppression Report—Jerard Brown," which is excerpted from Exhibit 2 to the Deposition Transcript of Jared Smith and is authenticated therein.

15. Attached hereto as Exhibit L is a true and correct copy of selected excerpts from the Deposition Transcript of Emma Wilcox.

16. Attached hereto as Exhibit M is a true and correct copy of a screen shot from Credit Karma pertaining to hard inquiries for Jerard Brown in Equifax's records, which is excerpted from plaintiffs' document production.

17. Attached hereto as Exhibit N is a true and correct copy of a screen shot from Credit Karma pertaining to hard inquiries for Jerard Brown in Trans Union's records, which is excerpted from plaintiffs' document production.

18. Attached hereto as Exhibit O is a true and correct copy of plaintiff Elizabeth Cardona's Responses to Defendants' First Set of Interrogatories No. 13, which is excerpted from plaintiffs' discovery responses.

19. Attached hereto as Exhibit P is a true and correct copy of plaintiff Jerard Brown's Responses to Defendants' First Set of Interrogatories No. 12, which is excerpted from plaintiffs' discovery responses.

20. The deadlines set forth in this Court's Amended Case Management and Scheduling Order, ECF 38, have not been continued by the Court, nor has Mosaic been approached by any of the other parties regarding a stipulation to alter them.

21. Mosaic completed all the discovery it intended to do before October 18, 2019, despite a late-breaking change in counsel of record which made this a challenging endeavor.

22. On November 14, 2019, Vivint served on all parties some responses to discovery propounded by plaintiffs.

23.     Also on November 14, 2019, plaintiffs' counsel circulated third party discovery responses from Trans Union, commenting via email that "[w]e expect additional documents and an affidavit, and will produce these to you as soon as we have them from [Trans Union]."

24.     Vivint has scheduled plaintiffs' depositions for November 19, 2019.

Under the laws of the United States of America and under penalty of perjury, I declare that the foregoing is true and correct.

Respectfully submitted this 15th day of November 2019.

By: */s/ Alice M. Grabe*

Alice M. Grabe, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7589
Facsimile: (757) 687-7510
Alice.hodsden@troutman.com
*Admitted Pro Hac Vice*

*Counsel for Solar Mosaic, Inc.*

4