IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH CARDONA and
JERARD BROWN,      CASE NO.: 8:18-CV-02838-SCB-JSS
           Plaintiffs,

v.

VIVINT SOLAR, INC.,
VIVINT SOLAR DEVELOPER, LLC,
and SOLAR MOSAIC, INC.

           Defendants.      /

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09, the parties hereby notify the Court that a settlement in principle has been reached. The Parties respectfully request that the Court refrain from dismissing the case until the settlement is fully consummated.

Date: 6/1/2021

| *Andrew M. Milz* | *Brian R. Cummings* |
|---|---|
| Cary L. Flitter, Esq. | Brian R. Cummings, Esq. |
| Andrew M. Milz, Esq. | Florida Bar No. 25854 |
| Jody T. López-Jacobs, Esq. | Murray B. Silverstein, Esq. |
| FLITTER MILZ, P.C. | Florida Bar No. 349216 |
| 450 N. Narberth Avenue, #101, | GREENSPOON MARDER LLP |
| Narberth, Pennsylvania 19072 | SunTrust Financial Centre |
| Telephone: (610) 668-0018 | 401 E. Jackson St., Suite 1825 |
| Fax: (610) 667-0552 | Tampa, FL 33602 |
| Primary Email: | Phone: (813) 769-7020 |
| amilz@consumerslaw.com | Fax: (813) 426-8580 |
| Secondary Email: jlopez-jacobs@consumerslaw.com | brian.Cummings@gmlaw.com |
| *Attorneys for Plaintiffs (admitted pro hac vice)* | *Attorneys for Defendants Vivint Solar, Inc., Vivint Solar Developer, LLC* |

<div style="display: flex;">

<div>

Craig E. Rothburd, Esq.  
Florida Bar No. 0049182  
320 W. Kennedy Blvd., #700  
Tampa, Florida 33606  
Telephone: (813) 251-8800  
Fax: (813) 251-5042  
Primary Email: crothburd@e-rlaw.com  
Secondary Email: mropp@e-rlaw.com  
*Attorney for Plaintiffs*

</div>

<div>

*Kalama M. Lui-Kwan*  
Kalama M. Lui-Kwan, Esq.  
Elizabeth Holt Andrews, Esq.  
TROUTMAN PEPPER  
HAMILTON SANDERS LLP  
3 Embarcadero Center, Suite 800  
San Francisco, CA 94111-4064  
(415) 477-5758  
kalama.lui-kwan@troutman.com  
elizabeth.andrews@troutman.com  
*Attorneys for Defendant Solar Mosaic, Inc. (admitted pro hac vice)*

Gillian DiFilippo Williston, Esq.  
TROUTMAN PEPPER  
HAMILTON SANDERS LLP  
222 Central Park Ave, Suite 2000  
Virginia Beach, VA 23462  
(757) 687-7517  
gillian.williston@troutman.com  
*Attorneys for Defendant Solar Mosaic, Inc.*

</div>

</div>